IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LONNIE CHARLES CARGILE         :
 :
     Plaintiff(s)        :
                          :   Case Number: 1:06-cv-00766
    vs.             :
                          :   Senior District Judge S. Arthur Spiegel
HAMILTON COUNTY COURTHOUSE, et al. :
 :
     Defendant(s)      :

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court concludes that plaintiff's complaint is subject to dismissal as frivolous.  The complaint is hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

The Court certifies that an appeal of this Order would not be taken in good faith and therefore denies plaintiff leave to appeal *in forma pauperis*.  Plaintiff, a non-prisoner, remains free to apply to proceed *in forma pauperis* in the Court of Appeals.

11/28/06                                      James Bonini, Clerk

                                            s/Kevin Moser           
                                            Deputy Clerk